■ ANTHONY L. JORDAN HEALTH CORPORATION, Doing Business as ANTHONY L. JORDAN HEALTH CENTER, Respondent, v DAVID AXELROD, as Commissioner of Department of Health of State of New York, et al., Appellants.—Judgment unanimously affirmed, with costs (*see, Hurlbut v Whalen,* 58 AD2d 311, *lv denied* 43 NY2d 643). (Appeal from judgment of Supreme Court, Monroe County, Bergin, J.—art 78.) Present— Hancock, Jr., J. P., Callahan, Denman, Green and Schnepp, JJ.